USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA :

        ORDER

                  :

vs

                  :        Docket No. 1:94CR00213-001

Steven Hoffenberg

                  :

THE DEFENDANT HEREIN having been convicted of the offenses of Conspiracy to Commit Securities Fraud {18 USC 371}; Mail Fraud {18 USC 1341 and 2}; Conspiracy to Obstruct SEC Proceedings {18 USC 371}; and Tax Evasion {21 USC 7201} and having been, on the 7th day of March, 1997, and sentenced by the Hon. Robert W. Sweet, Senior United States District Judge for the Southern District of New York as follows:

    Two-Hundred Forty (240) Months Imprisonment; Three (3)Years Supervised Release. Restitution in the amount of $475,157,340. A $1,000,000 Fine.

AND it appearing that the ends of justice and the best interests of the defendant as well as the public will be served thereby, IT IS HEREBY ORDERED that supervised release, be subject to the standing order of this Court and on the further special conditions as follows:

1.     The offender is not allowed to videotape or record contact with the probation department or officers.

2.     The offender is permitted to travel to Philadelphia, PA, for the purpose of contacting his wife in the hospital but must notify probation in advance.

3.     Travel within the five (5) boroughs of New York City is allowed with prior notice to probation. Oral permission is acceptable.

4.     The offender shall undergo a mental health assessment. Although the offender may

choose his own doctor, he must sign a release so that probation may communicate with the doctor.

5. The offender may not have any direct contact with the victims. If they contact him, he must advise them of the same.

6. While the offender may have anyone present he wishes to have present at his residence during a probation home visit, there is no need for advanced notice. Additionally, home visits, as per the Judgment, may be conducted at anytime.

7. The offender shall provide the probation officer with access to any requested financial information.

Dated 12-11-13
New York, N.Y.

Robert W. Sweet
Senior United States District Judge

NY 306