```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

UNITED STATES OF AMERICA,
                                              CR.
                      Plaintiff,         94 Civ. 213

      -against-                               ORDER

STEVEN J. HOFFENBERG,
                                         ┌─────────────────────────┐
                      Defendant.         │ USDC SDNY               │
-----------------------------------------X│ DOCUMENT                │
                                         │ ELECTRONICALLY FILED    │
                                         │ DOC #: _____ │
                                         │ DATE FILED: 11/10/15    │
                                         └─────────────────────────┘
Sweet, D.J.
```

Defendant's petition to perpetuate testimony dated November 9, 2015 shall be heard on submission on ~~Wednesday, December 9, 2015~~ November 25 at noon.

It is so ordered.

New York, NY
November 10, 2015

_____
ROBERT W. SWEET
U.S.D.J.