```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES,

                 Plaintiff,
                                              94 Cr. 213 (RWS)
     - against -
                                                 O R D E R
STEVEN J. HOFFENBERG,

                 Defendant.
-----------------------------------------X
```

**Sweet, D.J.**

On November 9, 2015, Defendant/Petitioner Hoffenberg ("Hoffenberg") filed a petition <u>pro se</u> to perpetuate the testimony of Jeffrey E. Epstein.  Dkt. 154.  The petition was scheduled to be heard on submission on Wednesday, November 25, 2015. Dkt. 155.

On November 17, 2015, by letter to this Court, Hoffenberg withdrew his petition and requested that it be dismissed.  Dkt. 156.  Pursuant to that request, the petition is hereby dismissed without prejudice, and the hearing adjourned.

       It is so ordered.

**New York, NY**
**November 20, 2015**

                                      ROBERT W. SWEET
                                        U.S.D.J.